Rene Erm II
Rene Erm II, P.L.L.C.
6 E. Alder, Suite 317
Walla Walla, WA 99362
509-529-2200

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: ) Case No. 11-03619
)
PULLER BROTHERS PARTNERSHIP ) FINDINGS OF FACT AND CONCLUSIONS
) OF LAW
Debtor. )
)

THIS MATTER having come before the above-entitled Court for confirmation, such Confirmation Hearing was held by telephone conference on May 21, 2012, and the Court having read the Declaration of James Puller, representative of the Debtor herein, and having reviewed the Plan and the Trustee's Confirmation Summary, and having heard the arguments of counsel, makes the following:

I.

Debtors filed the above-captioned voluntary Chapter 12 Proceeding on July 22, 2011.

II.

Debtor's filed their Chapter 12 Plan on December 15, 2011.

III.

All creditors were given notice of Debtor's Chapter 12 Plan.

IV.

Debtor's received two objections to their Plan, one from Farm Service Agency of the US Department of Agriculture, and one from Ford Elsaesser, Chapter 12 Trustee.

- 1

Rene Erm II, P.L.L.C.
6 East Alder, Suite 317
Walla Walla, WA 99362
(509) 529-2200

V.

Debtor filed its Amended Chapter 12 Plan on February 2, 2012. Debtor filed its Second Amended Chapter 12 Plan on April 23, 2012. The Second Amended Plan, as filed by Debtor resolves all creditor objections to the Plan.

VI.

There were no adversary proceedings filed by or against Debtor in this proceeding.

VII.

Debtor's budget projections attached to their Second Amended Chapter 12 Plan and proposed sale of real property during the Plan, indicate that the Plan is feasible and Debtor will be able to make its payments as set forth in the Plan.

VIII.

All fees, charges or amounts required to be paid unde3r Chapter 12 under Title 28 USC or by the Plan, to be paid before confirmation, have been paid.

From the foregoing Findings of Fact, the Court makes the following Conclusions of Law:

CONCLUSIONS OF LAW

IX.

The Debtor's Second Amended Chapter Twelve Plan complies with the provisions of Chapter Twelve and other applicable provisions of Title 28 U.S.C.

X.

The holder of each secured claim has accepted the Plan and shall receive payments on the secured portion of its claim as set forth in the Plan and shall retain its lien until such payments have been paid.

XI.

The Debtor will be able to make all payments and comply with the Plan.

XII.

The Chapter 12 Trustee shall receive compensation pursuant to 28 U.S.C. 586(e)(1)(B)(ii).

- 2

Rene Erm II, P.L.L.C.
6 East Alder, Suite 317
Walla Walla, WA 99362
(509) 529-2200

XIII.

The Plan has been proposed in good faith and not by any means forbidden by law.

Presented by:

RENE ERM II, P.L.L.C.

*(signature)*

Rene Erm II, WSBA 25299
Attorney for Debtor

CHAPTER 12 TRUSTEE

_____
Ford Elsaesser
Chapter 12 Trustee

US ATTORNEY'S OFFICE

By _____
　Frank A. Wilson
　Attorney for Farm Service Agency

LAW OFFICE OF SUZANNE WEATHERMON

By _____
　Suzanne Weathermon
　Attorney for Delores H. Bennington

- 3

*(signature)* Frank L. Kurtz
Frank L. Kurtz
Bankruptcy Judge

05/25/2012 12:24:46
Walla Walla, WA 99362
(509) 529-2200